# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**NOLBERTO GONZALEZ-PABLO,**

    Petitioner,

v.

**CHRISTOPHER MASON**, Acting Superintendent, South Central Regional Jail and Correctional Facility; **BRIAN MCSHANE,** Acting Director of Philadelphia Field Office, U.S. Immigration and Customs Enforcement; **KRISTI NOEM,** Secretary of the U.S. Department of Homeland Security; and **PAMELA BONDI,** Attorney General of the United States, in their official capacities,

    Respondents.

Case No. __2:25-cv-368__

## PROPOSED ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243 and Petitioner's Petition for Writ of Habeas Corpus.

IT IS HEREBY ORDERED that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by June 10, 2025;

2. Petitioner shall have an opportunity to file a reply by June 13, 2025;

3. This matter shall be heard by this Court on _____ at _____.

4. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by _____ on June 5, 2025 and shall constitute good and sufficient service.

4

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE