# EXHIBIT 1

INDEX

RECORD FILE
Nolberto Gonzalez-Pablo
A205 266 358

☒ Certification. (Valid for both Administrative Removals and Reinstatements).

☒ Notice of Intent/Decision to Reinstate Prior Order (Form I-871).

☒ The prior administrative removal order.

☒ Notice to Alien Ordered Removed/Departure Verification (Form I-296).

☒ The record check or fingerprint match.

☐ Any documentary evidence submitted by the alien.

☒ Record of Sworn Statement or the alien's declination to provide such statement (Form I-877).

☒ Record of Deportable/Inadmissible Alien (Form I-213).

☒ Warrant of Removal/Deportation (Form I-205).

☐ Warning to Alien Ordered Removed or Deported (Form I-294).

☐ Any other evidence relied upon to support the charges.

☐ Any documents that rebut the alien's assertion that reinstatement is improper.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT

## CERTIFICATION:

1. I am a Supervisory Detention and Deportation Officer with the U.S. Immigration and Customs Enforcement, United States Department of Homeland Security. I have served in this position since April of 2025. My office is located in Poca, WV and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding officer in the matter of Nolberto Gonzalez-Pablo.
2. Annexed to this Certification is the official Record of Proceedings.

I hereby certify to the best of my knowledge and belief that the annexed documents are originals, or copies thereof, of the official Record of Proceedings. These documents relate to:

Subject: GONZALEZ-PABLO, NOLBERTO
File number: A205 266 358

Date: 5/30/2025

Kenneth Barnett, SDDO

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID: 398786754
File No: 205 266 358
Event No: CHS2505000034
Date: May 30, 2025

**To any immigration officer of the United States Department of Homeland Security:**

NOLBERTO GONZALEZ-PABLO

_____
(Full name of alien)

who entered the United States at    UNKNOWN _____    on Unknown Date _____
(Place of entry)                              (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an Immigration judge in exclusion, deportation, or removal proceedings

☒ a designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

241 (a) (5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security 2025

KENNETH BARNETT
_____
(Signature of Immigration officer)

SDDO
(Title of Immigration officer)

May 30, 2025, Poca, West Virginia
(Date and office location)

ICE Form I-205 (8/07)

Page 1 of 2

**U.S. Department of Homeland Security**              **Notice of Intent/Decision to Reinstate Prior Order**

File No. **205 266 358**

Event No: **CHS2505000034**

**FIN: 1132489461**        Date: **May 30, 2025**

Name: **NOLBERTO   GONZALEZ-PABLO**

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____**Removal**_____ entered against you. This intent
is based on the following determinations:

(Deportation / exclusion / removal)

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on _____**May 16, 2012**_____ at
(Date)

**Casa Grande, Arizona**_____ .
(Location)

2. You have been identified as an alien who:

   ☑ was removed on ____**May 20, 2012**____ pursuant to an order of deportation / exclusion / removal.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____**Unknown Date**____ at or near **UNKNOWN**
   (Date)                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after
having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore
subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to
an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this
determination, were communicated to the alien in the* **SPANISH** *language.*

**HUSS, C 6661**
(Printed or typed name of official)              (Signature of officer)

**Deportation Officer**
(Title of officer)

---

### Acknowledgment and Response

I ☐ do  ☑ do not wish to make a statement contesting this determination.

**5/30/2025**
(Date)                                        (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined
that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of
the Act.

**May 30, 2025**       **Poca, West Virginia**
(Date)               (Location)              (Signature of authorized deciding official)

**BARRETT, KENNETH**                              **SDDO**
(Printed or typed name of official)                  (Title)

Form I-871 (Rev. 08/01/07)

U.S. Department of Homeland Security                    **Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY  Event No: CAG1205086458

File No: A205 266 358

Date: May 16, 2012

In the Matter of: NOLBERTO GONZÁLEZ-PABLO

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO ;
3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

CHRISTOPHER FLEURY

BORDER PATROL AGENT
Name and title of immigration officer (Print)                    Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

CHRISTOPHER FLEURY

BORDER PATROL AGENT
Name and title of immigration officer (Print)                    Signature of immigration officer

ROBERT C. BUSHELL

ACTING PATROL AGENT IN CHARGE
Name and title of supervisor (Print)                    Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

| CERTIFICATE OF SERVICE |
|---|
| I personally served the original of this notice upon the above-named person on    5/16/2012  (Date) |
| Signature of immigration officer |

Form I-860 (Rev. 08/01/07)

U.S. Department of Homeland Security

## Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY Event No: CAG1205000458

File No: A205 266 358

Date: May 16, 2012

In the Matter of: NOLBERTO GONZALEZ-PABLO

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO ;
3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

CHRISTOPHER FLEURY

__BORDER PATROL AGENT__
Name and title of immigration officer (Print)

_____
Signature of immigration officer

## ORDER OF REMOVAL
### UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

CHRISTOPHER FLEURY

__BORDER PATROL AGENT__
Name and title of immigration officer (Print)

_____
Signature of immigration officer

ROBERT C. BUSHELL

__ACTING PATROL AGENT IN CHARGE__
Name and title of supervisor (Print)

_____
Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

| CERTIFICATE OF SERVICE |
|---|

I personally served the original of this notice upon the above-named person on   5/16/2012

                                                                              (Date)

_____
Signature of immigration officer

Form I-860 (Rev. 08/01/07)

FINS #:1132489461

| U.S. Department of Homeland Security | **Notice to Alien Ordered Removed/Departure Verification** |
|---|---|

| | Event No: CAG1205000458 |
|---|---|
| | File No:    205 266 358 |
| | Date:    05/16/2012 |

Alien's full name: NOLBERTO GONZALEZ-PABLO

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

☐ for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

☐ for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

☒ for a period of 20 years from the date of your departure from the United States as a consequence of your having been found Inadmissible and of your having been previously excluded, deported, or removed from the United States.

☐ at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States. You must obtain such permission before commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Department of Homeland Security.

---

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

---

| CHRISTOPHER FLEURY | BORDER PATROL AGENT | TUCSON, ARIZONA |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS office) |

## Verification of Removal
(Complete this section for file copy only)

| Departure date | Port of departure | | Manner of departure |
|---|---|---|---|
| Signature of verifying officer | | Title of Officer | BPA |

Removed DEL RIO, TEXAS

MAY 2 0 2012

INTERNATIONAL BRIDGE MEXICO
A-FOOT



Photograph of alien removed

Right index fingerprint
of alien removed

(Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

Form I-296 (08/01/07) N

FINS #:1132489461

**U.S. Department of Homeland Security**

**Notice to Alien Ordered Removed/Departure Verification**

| | |
|---|---|
| Event No:CAG1205000458 | |
| File No: | 205 256 358 |
| Date: | 05/16/2012 |

Alien's full name: NOLBERTO GONZALEZ-PABLO

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

☐ for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

☐ for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

☒ for a period of 20 years from the date of your departure from the United States as a consequence of your having been found inadmissible and of your having been previously excluded, deported, or removed from the United States.

☐ at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States. You must obtain such permission before commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Department of Homeland Security.

---

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

---

| CHRISTOPHER FLEURY | BORDER PATROL AGENT. | TUCSON, ARIZONA |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS office) |

**Verification of Removal**
(Complete this section for file copy only)

| Departure date | Port of departure | | Manner of departure |
|---|---|---|---|
| Signature of verifying officer | | Title of Officer | |
| | | IEA | |

Removed DEL RIO, TEXAS

MAY 2 0 2012

INTERNATIONAL BRIDGE MEXICO
A-FOOT



Photograph of alien removed

Right index fingerprint
of alien removed

(Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

Form I-296 (08/01/07) N

# Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act

**U.S. Department of Homeland Security**

Office: **TUCSON, AZ, BORDER PATROL STATION**

File No: **A205 266 358**

Event No: **CAG1205000458**

Statement by: _____

In the case of: **NOLBERTO GONZALEZ-PABLO**

Date of Birth: **01/13/1992**

Gender (circle one): (Male) Female

At: **TUCSON, AZ, BORDER PATROL STATION**

Date: **May 16, 2012**

Before: **CHRISTOPHER FLEURY**

(Name and Title)

**BORDER PATROL AGENT**

In the **SPANISH** language. Interpreter **NONE**

Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

```
Q.  Do you understand what I have said to you?
A.  Yes.
Q.  Any statement you make must be given freely and voluntarily.  Are you willing
to   answer my questions at this time?
A.  Yes.
Q.  Do you swear or affirm that all the statements you are about to make are true
and complete?
A.  Yes
Q.  What is your true and correct name?
A.  Nolberto GONZALEZ-Pablo.
Q.  Have you ever used any other names?
A.  No.
Q.  Of what country are you a citizen?
A.  Mexico.
...(CONTINUED ON I-831)
```

Page 1 of **2**

I-867A (08/01/07)

U.S. Department of Homeland Security                    **Continuation Page for Form** _____ **I867A**

| Alien's Name<br>NOLBERTO  GONZALEZ-PABLO | File Number<br>A205 266 358<br>Event No:CAG1205000458 | Date<br>May 16, 2012 |

Q.  What is your date and place of birth?
A   01/13/1992, I was born in Mexico.
Q.  When did you last enter the United States?
A.  05/13/2012.
Q.  How and where did you enter the United States at this time?
A.  By walking through the desert near Lukeville, Arizona.
Q.  Have you ever been Deported, Excluded or Removed from the United States?
A.  No.
Q.  Have you ever applied to the Attorney General of the United States for permission to
re-enter the United States after your Deportation/Exclusion or Removal?
A.  No.
Q.  Do you have any fear or concern about being returned to your home country or being
removed from the United States?
A.  No.
Q.  Is there anything else that you would like to say at this time?
A.  No.


x _NGP_____

| Signature<br>CHRISTOPHER FLEURY | Title<br>BORDER PATROL AGENT |

____2___ of ____2___ Pages

**U.S. Department of Homeland Security**

**Jurat for Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

Q: Why did you leave your home country or country of last residence?

A. TO WORK.

Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. NO.

Q. Would you be harmed if you are returned to your home country or country of last residence?

A. NO.

Q. Do you have any question or is there anything else you would like to add?

A. NO.

I have read (or have had read to me) this statement, consisting of ___1___ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s)_____).

Signature: NOLBERTO   GONZALEZ-PABLO

Sworn and subscribed to before me at TUCSON, AZ, BORDER PATROL STATION
on May 16, 2012 _____.

CHRISTOPHER FLEURY
BORDER PATROL AGENT
Signature of Immigration Officer

Witnessed by:_____

Page 1 of 1

I-867B (08/01/07)

U.S. Department of Homeland Security **Notice and Order of Expedited Removal**

## DETERMINATION OF INADMISSIBILITY Event No: DGL1204000494

File No: A205 266 358

Date: April 22, 2012

In the Matter of: NOLBERTO  GONZALEZ-PABLO

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;
2. You are a native of MEXICO and a citizen of MEXICO ;
3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act;

ANDREW DARST

BORDER PATROL AGENT
Name and title of immigration officer (Print)                     Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

ANDREW DARST

BORDER PATROL AGENT
Name and title of immigration officer (Print)                     Signature of immigration officer

BRADY WAIKEL

FIELD OPERATIONS SUPERVISOR
Name and title of supervisor (Print)                     Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

| CERTIFICATE OF SERVICE |
|---|
| I personally served the original of this notice upon the above-named person on ___04/22/202___ (Date) |
| _____  Signature of immigration officer |

Form I-860 (Rev. 08/01/07)

FINS #:1132489461

**U.S. Department of Homeland Security**

45

**Notice to Alien Ordered Removed/Departure Verification**

|  |  |
|---|---|
| Event No:DGL1204000494 | |
| File No: | 205 266 358 |
| Date: | 04/22/2012 |

Alien's full name: NOLBERTO   GONZALEZ-PABLO

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

☒ for a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

☐ for a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of your having been ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

☐ for a period of 20 years from the date of your departure from the United States  as a consequence of your having been found Inadmissible and of your having been previously excluded, deported, or removed from the United States.

☐ at any time because in addition to having been found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your deportation or removal has been effected, if you desire to reenter the United States within the period during which you are barred, you  must request and obtain permission from the Secretary of Homeland ~~Security to reapply for admission to the United States.~~ You must obtain such permission before commencing your travel to the United States. Application forms for requesting such permission may be obtained by contacting any United States Consulate or office of the United States Department of Homeland Security.

---

**WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without ~~the Secretary of Homeland Security's express~~ consent. Any alien who violates this section of law is subject to prosecution for a felony.  Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.**

---

| ANDREW DARST | BORDER PATROL AGENT | DOUGLAS, ARIZONA |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS office) |

**Verification of Removal**
(Complete this section for file copy only)

| Departure date | Port of departure | Manner of departure |
|---|---|---|
| | APR 28 2012 | |
| Signature of verifying officer | 6174   LAREDO, TX | TKR |
| | Title of Officer | |
| | A FOOT | |


Photograph of alien removed


Right index fingerprint
of alien removed

X
(Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

Form I-296 (08/01/07) N

# OFFICE OF FIELD OPERATIONS

## Structured Expedited Removal Advisement (SERA)

Read aloud the following script to the subject: (Spanish version)

Buenos dias, Yo soy el official designado a sus procedimientos de deportacion

He analizado los documentos preparados por los Officiales del Servicio de Aduana y Proteccion Fronteriza acerca de sus(s) casos, y estoy de acuerdo con su(s) determinacion(es)

Encuentro que usted(es) han sido determinados no admisibles tal y como los cargos reflejan, y ordeno su deportacion de los Estados Unidos

Entiende(n) lo que le(s) acabo de explicar

Entiende(n) que usted(es) han violado las leyes migratorios de los Estados Unidos?

Entiende(n) usted(es) que en la mayoria de las situaciones usted(es) no podra(n) pedir permiso para retornar a los Estados Unidos por un periodo de cinco años.

Entiende(n) usted(es) que si retorna a los Estados Unidos ilegalmente sera(n) procesado(s) con cargos criminals y deportados de los Estados Unidos. Ponga(n) su dedo indice en esta(s) documento(s).



X  _N̲a̲d̲y̲_

**Record of Sworn Statement in Proceedings under Section 235(b)(1) of the Act**

U.S. Department of Homeland Security

| | |
|---|---|
| Office: **DOUGLAS, AZ, BORDER PATROL STATION** | File No: **A205 266 358** |
| | Event No: **DGL1204000494** |
| Statement by: **GONZALEZ-PABLO, NOLBERTO** | |
| In the case of: **NOLBERTO   GONZALEZ-PABLO** | |

Date of Birth: **01/13/1992**                                                    Gender (circle one): (Male) Female

At: **DOUGLAS, AZ, BORDER PATROL STATION**          Date: **April 22, 2012**

Before: **ANDREW DARST**                                                              **BORDER PATROL AGENT**
(Name and Title)

In the **SPANISH** _____ language. Interpreter **NONE** _____          Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I have said to you?
A. Yes

Q. Any statement you make must be given freely and voluntarily. Are you willing to   answer my questions at this time?
A: Yes

Q. Do you swear or affirm that all the statements you are about to make are true and complete?
A. Yes

Q. What is your true and correct name?
A. Nolberto GONZALEZ-Pablo.

...(CONTINUED ON I-831)

Page 1 of __2__                              X NGP                                    I-867A (08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** ____ **I867A**

| Alien's Name<br>NOLBERTO  GONZALEZ-PABLO | File Number<br>A205 266 358<br>Event No:DGL1204000494 | Date<br>April 22, 2012 |
|---|---|---|

Q.  Have you ever used any other names?
S.  A usado usted algunos otros nombres?
A.  No.

Q.  Of what country are you a citizen?
A.  Mexico.

Q.  What is your date and place of birth?
A.  01/13/1992, and I was born in Chiapas, Mexico.

Q.  When did you last enter the United States?
A.  Three days ago.

Q.  How and where did you enter the United States at this time?
A.  I walked through the desert to the east of Douglas, Arizona.

Q. How far north of the international boundary where you?
A.  I was approximately three miles.

Q.  Have you ever been Deported, Excluded or Removed from the United States?
A.  No.

Q.  Do you have any fear or concern about being returned to your home country or being
removed from the United States?
A.  No.

Q.  Is there anything else that you would like to say at this time?
A.  No.

| Signature<br>            ANDREW DARST | Title<br>            BORDER PATROL AGENT |
|---|---|

____2____ of____2____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

### Jurat for Record   Sworn Statement in
### Proceedings under Section 235(b)(1) of the Act

Q: Why did you leave your home country or country of last residence?

A. FOR WORK.


Q. Do you have any fear or concern about being returned to your home country or being removed from the United States?

A. NO.


Q. Would you be harmed if you are returned to your home country or country of last residence?

A. NO.


Q. Do you have any question or is there anything else you would like to add?

A. NO.


I have read (or have had read to me) this statement, consisting of __1__ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s) __N A__ ).

X _____

Signature: **NOLBERTO   GONZALEZ-PABLO**


Sworn and subscribed to before me at **DOUGLAS, AZ, BORDER PATROL STATION** on **April 22, 2012** .

**ANDREW DARST**
**BORDER PATROL AGENT** _____
Signature of Immigration Officer

Witnessed by: _____

I-867B (08/01/07)

**U.S. Department of Homeland Security**  Subject ID : 398786754  **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) GONZALEZ-PABLO, NOLBERTO | First | Middle | Sex M | Hair BRO | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number CHS25050000034 205 266 358 | Height 68 | Weight 150 | Occupation LABORER | |

U.S. Address

Scars and Marks

| Date, Place, Time, and Manner of Last Entry Unknown Date Unknown Time, UNK, WI-Without Inspection | Passenger Boarded at | F.B.I. Number 377384P06 | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension NCA

| Date of Birth 01/13/1992  Age: 33 | Date of Action 05/30/2025 | Location Code CHS/PHI | At/Near Mason, WV | Date/Hour 05/30/2025 15:51 |
|---|---|---|---|---|
| City, Province (State) and Country of Birth CHIAPAS, CHIAPAS, MEXICO | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By C 6661 D. HUSS | |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. | |

Immigration Record POSITIVE - See Narrative    Criminal Record

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children None |
|---|---|

| Father's Name, Nationality, and Address, if Known GONZALEZ, COISOFERO NATIONALITY: MEXICO ADDRESS: SIN CALLE CHIAPAS, CHIAPAS, , MEXICO | Mother's Present and Maiden Names, Nationality, and Address, if Known PABLO, LUCRISA NATIONALITY: MEXICO ADDRESS: SIN CALLE CHIAPAS, CHIAPAS, , MEXICO |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1132489461    Left Index fingerprint    Right Index fingerprint

IMMIGRATION RECORD
--------------------
History was expected but not provided

Subject Health Status
---------------------
The subject claims good health.

Current Administrative Charges
------------------------------ ...(CONTINUED ON I-831)

C 6661 HUSS
Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges 5/30/25 (Date/Initials)

| Distribution: | Received: (Subject and Documents) (Report of Interview) Officer: C 6661 HUSS on: May 30, 2025 (time) Disposition: REINSTATEMENT OF DEPORT ORDER I-871 Examining Officer: BARNETT, KENNETH |
|---|---|

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security        Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| GONZALEZ-PABLO, NOLBERTO | 205 266 358<br>Event No: CHS2505000034 | 06/02/2025 |

05/30/2025 - 212a9Aii - ALIEN PREVIOUSLY REMOVED TWO OR MORE TIMES, NOT AS AN ARRIVING
ALIEN, NOT AGGRAVATED FELONS


Previous Criminal History
-------------------------
Subject has no criminal history

RECORDS CHECKED
---------------
CIS Pos
EARM Pos
IAFIS Pos
NCIC Neg
TECS Pos


Record of Deportable/Excludable Alien:
--------------------------------------
ENCOUNTER
On May 30, 2025, ERO Charleston (WV) officers conducted a targeted enforcement operation at
Rio Bravo Mexican Restaurant, 916 Adamsville Rd, Mason, WV, 25260, where there was credible
information Francisco MENDOZA Hernandez (hereafter referred to as MENDOZA) was employed. At
approximately 1140 hours, officers entered the public entrance located at the front of the
business. Shortly after entering, officers encountered a male subject, later identified as
Nolberto GONZALEZ Pablo (hereafter referred to as GONZALEZ) working in the dining area of
the restaurant. Officers identified themselves as immigration officers and conducted a brief
field interview to determine if the subject was MENDOZA. During the interview, GONZALEZ
freely admitted to entering the United States illegally and to having no legal status to be
in or remain in the United States. Officers informed GONZALEZ that he was under arrest for
residing illegally in the United States. Officers arrested GONZALEZ without incident, placed
him in restraints, and transported him to the Charleston (WV) ERO Office for processing.

ALIENAGE AND REMOVABILITY
GONZALEZ claims to be to be a citizen of Mexico. GONZALEZ claims he was born in Chiapas,
Mexico. GONZALEZ claims that he was born on January 13, 1992. GONZALEZ entered the United
States on an unknown date after May 16, 2012, at an unknown location, without being admitted
or paroled by an immigration officer. GONZALEZ has previously been removed from the United
States after being ordered removed by an immigration judge. GONZALEZ's removal order is
being reinstated pursuant to section 241(a)(5) of the Immigration and Nationality Act, as
amended.

FAMILY HISTORY
GONZALEZ claims his father, Coisofero Gonzalez, was born in Mexico, and is a citizen of
Mexico. GONZALEZ's father lives in Mexico.

GONZALEZ claims his mother, Lucrisa Pablo, was born in Mexico, and is a citizen of Mexico.
GONZALEZ's mother lives in Mexico.

GONZALEZ claims to be married and claims to have two children residing in the U.S. with
their mother.

IMMIGRATION HISTORY
On April 21, 2012, U.S. Border Patrol (USBP) encountered GONZALEZ near Douglas, AZ. On April
22, 2010, USBP issued GONZALEZ an Expedited Removal, Form I-860. On April 28, 2012, GONZALEZ

| Signature | | Title |
|---|---|---|
| C 6661 HUSS | | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form I-213**

| Alien's Name GONZALEZ-PABLO, NOLBERTO | File Number 205 266 358 Event No: CHS2505000034 | Date 06/02/2025 |
|---|---|---|

was removed to Mexico.

On May 13, 2012, USBP encountered GONZALEZ near Cowlic, AZ. On May 16, 2012, USBP issued GONZALEZ a Form I-871. On May 20, 2012, GONZALEZ was removed to Mexico.

**CRIMINAL HISTORY**
On May 13, 2012, USBP arrested GONZALEZ for illegal entry. On May 16, 2012, GONZALEZ was convicted of illegal re-entry and sentenced to two days imprisonment.

**HEALTH AND HUMANITARIAN**
GONZALEZ denies any significant medical conditions. GONZALEZ denies the use of any prescription medications.

GONZALEZ does not claim any significant humanitarian concerns.

**PHONE CALL / CONSULAR NOTIFICATION**
Officers provided GONZALEZ an opportunity to make a telephone call during processing.

GONZALEZ is a citizen of Mexico. GONZALEZ requested to have the Consulate of Mexico notified of his arrest and detention.

**INTEL**
GONZALEZ does not claim fear of returning to Mexico.
GONZALEZ denies membership in any gang or criminal organization.
GONZALEZ was employed at Rio Bravo in Mason, WV, at the time of his arrest.
GONZALEZ denies prior service in any branch of the U.S. military. GONZALEZ denies prior service in any branch of the Mexican military.

**FOREIGN IDENTITY and TRAVEL DOCUMENTS**
GONZALEZ was in possession of an expired Mexican Passport (E14639567) at the time of his arrest.

**DISPOSITION**
On May 30, 2025, officers served GONZALEZ with a Notice of Intent/Decision to Reinstate Prior Order, Form I-871, and he will be detained without bond at this time.

**PROPERTY / I-77#:** 0281240
**MONEY / DHS Form 589#:**

Other Identifying Numbers
--------------------------
ALIEN-205266358

| Signature C 6661 HUSS | Title Deportation Officer |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

# SPANISH

## *Statement 1:*
### For All Foreign Nationals Except Those from "Mandatory Notification" Countries

Por no ser ciudadano de los Estados Unidos, y estar arrestado o detenido, usted puede pedirnos que notifiquemos de su situación a los funcionarios consulares de su país en los Estados Unidos. También puede comunicarse con los funcionarios consulares de su país. Entre otras cosas, un funcionario consular de su país puede ayudarle a conseguir asesoramiento legal, y también puede ponerse en contacto con su familia y visitarle en el lugar de detención. Si usted desea que notifiquemos a los funcionarios consulares de su país, puede solicitarlo ahora o en cualquier oportunidad en el futuro. ¿Desea que notifiquemos ahora a los funcionarios consulares de su país?

SÍ (YES)　　　　　　　NO (NO)

Nombre: _Norberto Gonzalez Amaro_
Printed Name

Firma: _[signature]_
Signature

Testigo: _C. Hues_
Witness

Fecha: _5/30/25_
Date

---

## *Statement 2:*
### For Foreign Nationals from "Mandatory Notification" Countries

Debido a su nacionalidad, estamos obligados a notificar a los funcionarios consulares de su país en los Estados Unidos que usted ha sido arrestado o detenido. Haremos esta notificación lo más pronto posible. Además, usted puede comunicarse con los funcionarios consulares de su país. Usted no está obligado a aceptar su ayuda, pero esos funcionarios pueden ayudarle, entre otras cosas, a conseguir asesoramiento legal, y también pueden ponerse en contacto con su familia y visitarle en el lugar de detención. Sírvase firmar para indicar que ha recibido esta información.

Nombre: _____
Printed Name

Firma: _____
Signature

Testigo: _____
Witness

Fecha: _____
Date



**U.S. Immigration and Customs Enforcement**

## DECLARACIÓN DE DERECHOS

Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

Ud. tiene derecho a permanecer callado(a).

Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento.

Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta.

Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio.

Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea.

Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado.

---

## RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) _____ (hora), en el _____ (fecha), y he firmado este documento a la(s) _____ (hora), en el _____ (fecha).

GONZALEZ PABLO, NOLBERTO                     REFUSED
_____      _____
Nombre                                               Firma

Testigo:    C. Huss _____    Fecha: 5/30/25

Testigo:    _____    Fecha: _____



# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT
### RECORD OF SWORN STATEMENT

| Office: Charleston, West Virginia | A-file Number: A205 266 358 | Booking Number: |
|---|---|---|
| Before: DO C. Huss | | Date: 5/30/2025 |

| Statement by: GONZALEZ Pablo, Nolberto | In the case of: |
|---|---|
| Language: English  Spanish  Other : | Interpreter: |

I,   GONZALEZ Pablo, Nolberto                        , have a clear understanding that the officer before me has
identified himself/herself as an officer of the United States Immigration and Customs Enforcement, authorized by law to
administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the
United States.

*Yo, GONZALEZ Pablo, Nolberto, tengo un claro conocimiento de que el oficial ante mi se ha identificado como un oficial del
Servicio de Inmigracion y Aduanas de los Estados Unidos autorizado por la ley para administrar juramentos y tomar testimonios con
relacion la ejecucion de las leyes de inmigracion y nacionalidad de los Estados Unidos.*

I desire to take a statement regarding  *(Deseo tomar una declaracion tocante)*:

1. Your name *(Su nombre)*
2. Your country of birth *(Su pais de nacimiento)*
3. Your parents name *(Los nombres de  sus padres)*
4. Your parents country of birth *(El pais de nacimiento de sus padres)*
5. Your criminal record *(Su archivo criminal)*
6. Your deportation record *(Su archivo de deportacion)*

**Before we ask you any questions you must understand your rights.**
*Antes de que le hagamos cualquier pregunta, usted necesita entender sus derechos.*

Use attached Statement of Rights. Completed on ___5/30/25___ .
(date)

Q: Are you willing to answer my questions at this time? *¿Esta usted dispuesto a contestar mis preguntas en este momento?*

A:   NO

Q: Do you swear that all the statements that you are about to make will be the truth, the whole truth, and nothing but the truth?
*¿Jura usted que las declaraciones que va a hacer, seran la verdad, toda la verdad, y nada mas que la verdad?*

A: _____

Q: What is your true and correct name? *¿Cual es su nombre verdadero y correcto?*

A: _____

Q: Have you used any other names? *¿A usado otros nombres?*

A: _____

Q: When and where were you born? *¿Cuando y donde nacio?*

A: _____

Q: Of what country are you a citizen? *¿De que pais es usted ciudadano?*

A: _____

RIGHT INDEX

Alien's signature *(Firma del extranjero)*: _____REFUSED_____

Q: What are your parent's names and of what country are your parents citizens?
*¿Como se llaman sus padres y de que pais son sus padres ciudadanos?*

A: _____

Q: Were you deported from the United States?  When?  Where? *¿Fue usted deportado de los Estados Unidos? ¿Cuando? ¿Donde?*

A: _____

Q: Did you then illegally reenter the United States?  When?  Where?
  *¿Regreso usted ilegalmente a los Estados Unidos? ¿Cuando? ¿Donde?*

A: _____

Q: What crimes have you been convicted of in the United States? *¿De que crimenes ha sido usted condenado en los Estados Unidos?*

A: _____

Q: Have you ever applied to any United States government official for permission to re-enter the United States after you were deported?
  *¿Ha solicitado usted alguna vez a cualquier Oficial de los Estados Unidos permiso para entrar a los Estados Unidos depuesde que usted fue deportado?*

A: _____

Q: Do you have any fear of persecution or torture should you be removed from the United States?
  *¿Tiene usted miedo de persecucion o tortura si es expulsado de los Estados Unidos?*

A: _____

Q: Do you wish to make any other statement? *¿Desea Usted hacer otras declaraciones?*

A: _____

### Record of Sworn Statement

**I have read (or have had read to me) the foregoing statement.  I state that the answers made by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation of the date indicated by the above named officer of the Immigration and Customs Enforcement.  I have initialed each page of this statement and the correction(s) if any noted on page(s)_____.**
*Yo he leido (o me lo han leido) esta declaracion.  Yo he declarado que mis respuestas en este documento son veridicas y correctas de acuerdo a mi conocimiento y se que esta declaracion es un acta veridica y correcta de mi interrogacion en la fecha indicada por el oficial del servicio de inmigracion mencionado arriba.  Yo he puesto mis iniciales en cada una de las paginas de esta declaracion y la(s) correcion(s) anotadas en la pagina(s)_____.*

Alien's signature (*Firma del extranjero*): ___REFUSED___

Subscribed and sworn to me at ___ITOCA, WV___  on ___5/30/25___
(*Ante mi presencia firmo y juro  en la ciudad de*)      (*en*)

                                                          **RIGHT INDEX**

_____        ___C. Huss, DO___
Signature                          Print name and title

_____        _____
Witness                            Print name and title

**U.S. Department of Homeland Security**  Subject ID:342906170    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|
| GONZALEZ-PABLO, NOLBERTO | | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | CASE No:DGL1204000494<br>A205 266 358 | 65 | 145 | LABORER |

| U.S. Address | | Scars and Marks |
|---|---|---|
| FAILED TO PROVIDE U.S. ADDRESS | | NONE VISIBLE |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| 04/19/2012, 1600, 25 mile(s) E of DOU, AFOOT | | 377384PD6 | ☐ Divorced ☐ Married<br>☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| DOMICILIO CONOCIDO  RUIZ CORTIREZ, CHIAPAS, MEXICO | FB |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 01/13/1992          Age:20 | | 04/22/2012 | TCA/DGL | DOUGLAS, AZ | 04/21/2012 1145 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐, Not Lifted ☐, | By |
|---|---|---|---|
| RUIZ CORTIREZ, CHIAPAS, MEXICO | | | COURTNEY BOWEN |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/<br>SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See<br>Narrative | I7A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | H: | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)
FINS #:1132489461



Left Index Print



Right Index Print

ARREST COORDINATES:
--------------------
Latitude:   31.44234
Longitude: -109.0487

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: FIRA

| Alien has been advised of communication privileges | 04/22/2022 A.D (Date/Initials) | ANDREW DARST<br>BORDER PATROL AGENT (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE<br>TCA/CPA<br>DGL/PAIC | Officer: ANDREW DARST<br>on: April 22, 2012 at 0021<br>Disposition: Expedited Removal (I-860)<br>Examining Officer: JOSEPH RAMOS |

Form I-213 (Rev. 08/01/07) Y

**U.S. Department of Homeland Security**

**Continuation Page for Form** ___ I213

| Alien's Name<br>GONZALEZ-PABLO, NOLBERTO | File Number<br>A205 266 358<br>Event No:DGL1204000494 | Date<br>04/22/2012 |
|---|---|---|

Program:        ATEP
                SERA


FATHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO GONZALEZ, GRISOFTO
DOMECILIO CONOCIDO
RUIZ CORTIREZ, CHIAPAS, MEXICO

MOTHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO PABLO, LUCRECIA
DOMECILIO CONOCIDO
RUIZ CORTIREZ, CHIAPAS, MEXICO

ASSISTING ASSETS:
-----------------
Air Ops

FUNDS IN POSSESSION:
--------------------
United States Dollar .00
Mexican Peso 170.50        K NGP

RECORDS CHECKED:
----------------
AFIS Negative
CIS Negative
NCIC Negative
TECS Negative

NARRATIVE:
----------
IMMIGRATION HISTORY:
See attached records.

CRIMINAL HISTORY:
See attached records.

ENCOUNTER:
A Border Patrol Agent encountered this subject in the District of Arizona.  A Border
Patrol Agent determined this subject had unlawfully entered the United States of America
from the United States of Mexico, at a time and place other than as designated by
immigration officers of the United States of America.

| Signature<br>_ANDREW DARST_ | Title<br>BORDER PATROL AGENT |
|---|---|

___2___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I213

| Alien's Name | File Number | Date |
|---|---|---|
| GONZALEZ-PABLO, NOLBERTO | A205 266 358 <br> Event No:DGL1204000494 | 04/22/2012 |

After determining that this subject was an alien whom illegally entered the United States, the subject was arrested and transported to the Douglas Border Patrol Station for further processing using the e3/IDENT and IAFIS Systems.

IMMIGRATION VIOLATION:
At the Douglas Border Patrol Station, the subject stated he was a citizen and national of Mexico without the necessary legal documents to enter, pass through, or remain in the United States.  The subject also admitted to illegally crossing the international boundary without being inspected by an Immigration Officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
The subject was notified of their right to communicate with a Consular Officer from his country as per Article 36(1) (b) of the Vienna convention on Consular Relations.  The subject indicated he understood this right but declined to speak with anyone at this time. The subject further stated he does not fear persecution or torture if returned to his country of citizenship.

DISPOSITION:
Subject is being held under Service custody pending removal proceedings. Expedited Removal as per Section 235(b)(1)(A)(iii) of the INA. Service Form I-867 A/B was read and explained to Subject in the Spanish language and he stated he understood and was willing to answer questions at this time.  Subject was apprehended within fourteen days of his last entry into the United States and within 100 air miles from the United States / Mexico international boundary.

Subject was a candidate and participant in the ALIEN TRANSFER EXIT PROGRAM as part of the OPERATION ALLIANCE TO COMBAT April 22, 2012.

Subject was a candidate and participant in the STRUCTURED EXPEDITED REMOVAL ADVISEMENT program as part of the OPERATION ALLIANCE TO COMBAT TRANS-NATIONAL THREATS April 22, 2012.

| Signature | Title |
|---|---|
| _Andrew Darst_  ANDREW DARST | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

EVENT#: **D G L** _ _ _ _ _ _ **4 9 4** 1 OF / O **Disposition**

**DEPARTMENT OF HOMELAND SECURITY**
USBP Field Processing Form

**Customs and Border Protection**
ALL FIELDS MUST BE COMPLETELY AND LEGIBLY FILLED OUT.

**AJ / UJ**

| Please mark appropriate STATION | AJO | CAG | DGL | NCO | NGL | SON | TUS | WCX |
|---|---|---|---|---|---|---|---|---|

**CANINE #**

**APPREHENDING AGENTS STAR #**   Y 3 1 0

| **FUNDS IN POSSESSION** | | Alien | Field BPA |
|---|---|---|---|
| **U.S.** | $ Ø | ANGP Iniciales | F-303 Star Number |
| **Mex.** | $ 170.50 | XNGP Iniciales | F303 Star Number |

**APPREHENDING AGENTS STAR #** 2 B P   D 4 6 8  Y 2 8 2

**GPS Arrest Coordinates**   N:   W:

Name: Gonzalez - Pablo  Norberto   Sex: (M) F  DOB: 0(/17/92  Age: 19

Father's Name: Grisoforo   Mother's Name: Euryosia   POB: Adolfo Ruiz Cortinez, Mex

Address: Adolfo Ruiz Cortines   Field Processing Agent Star #: F303

Juvenile Accompanied by:   Relation:

AMO Assist: (Yes) no   Other Assist/Comments:

CIRCLE IF
OTM
National Guard Assist.
check pt.
circumvent

| App. Info: | PB | TC/P | OA | AE | W72 | E3 / IDENT | IAFIS |
|---|---|---|---|---|---|---|---|
| | GRID | DATE | TIME | Processing Agent ___ | Processing Agent ___ | |
| Entry | 1 | 4/19/2012 | 1600 | FINS# ___ | Cleared ___ Hit ___ | |
| Arrest | 19 | 4/21/2012 | 1147 | ALERT / A# ___ | FBI# ___ Recidivism # ___ | |

**Apprehension Location:** Cowboy Flats Zone 37 grid 19   Nearest City: Douglas, Arizona

**NOTIFICACION DE DERECHOS**

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigracion, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opcion de solicitar el regreso a su pais a la brevedad posible sin que se celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, el funcionario que le haya entregado esta Notificacion le dara una lista de las asociaciones juridicas que podrian representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su pais. Puede usar el telefono para llamar a un abogado, o a otro represetante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

**SOLICITUD DE RESOLUCION**

____ Solicito una audiencia ante el Tribunal de Inmigracion que resuelva si puedo o no permanecer en los
Iniciales  Estados Unidos.

____ Considero que estaria en peligro si regreso a mi pais. Mi caso se trasladara al Tribunal de
Iniciales  Inmigracion para la celebracion de una audiencia.

NGPX Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaria en peligro si regreso a mi pais.
Iniciales  Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigracion. Deseo regresar a mi pais en cuanto
se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta mi salida.

X NGP
Firma                                    Same As Below
                                              Fecha

**CERTIFICATION OF SERVICE**

____ Notice read by subject

X   Notice read to subject by    Agent    in the    SPANISH    language.

Eduardo Ramirez
Name of Service Officer (Print)              None
                                      Name of Interpreter

Signature of Officer        4 / 21 / 2011  1147 (AM) / PM
                                Date and Time of Service

**IAFIS TID #:**
**BOOKING #**   Form I-213 / 826  Revised(1/11/2011)   SUP or FOS Star #

CBDGL12942212 00252C

HAS PC

SL437128 NOW1418150

SOTA/AUG/OSL

**U.S. Department of Homeland Security**    Subject ID:343133425

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS)  GONZALEZ-PABLO, NOLBERTO | First | Middle | Sex  M | Hair  BRO | Eyes  BRO | Cmplxn  MED |
|---|---|---|---|---|---|---|
| Country of Citizenship  MEXICO | Passport Number and Country of Issue | File Number  CASE No:CAG1205000458  A205 266 358 | Height  68 | Weight  150 | Occupation  LABORER | |

| U.S. Address  FAILED TO PROVIDE | | Scars and Marks  NONE INDICATED | |
|---|---|---|---|

| Date, Place, Time, and Manner of Last Entry  05/13/2012, 1200, 44 mile(s) E of LUK, AFOOT | Passenger Boarded at | F.B.I. Number  377384PD6 | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence  SIN CALLE  MEXICO | | Method of Location/Apprehension  PB | |
|---|---|---|---|

| Date of Birth  01/13/1992        Age:20 | Date of Action  05/14/2012 | Location Code  TCA/CAG | At/Near  CASA GRANDE,  AZ | Date/Hour  05/14/2012 0241 |
|---|---|---|---|---|
| City, Province (State) and Country of Birth  CHIAPAS, CHIAPAS, MEXICO | AR ☒   Form : (Type and No.) Lifted ☐  Not Lifted ☐ | | By  HECTOR SALAZAR | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry  PWA Mexico | Status When Found  TRAVEL/SEEKING |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S.  AT ENTRY | |

| Immigration Record  NEGATIVE | Criminal Record  None Known | |
|---|---|---|
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality of Minor Children |

| Father's Name, Nationality, and Address, if Known  See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known  See Narrative |
|---|---|
| Monies Due/Property in U.S. Not in Immediate Possession  None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary  Hr | Employed from/to |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #:1132489461

ARREST COORDINATES:
--------------------
Latitude:   31.79953
Longitude: -111.893

FATHER NAME AND ADDRESS:
------------------------
Nationality:MEXICO COISOFERO
SIN CALLE

Left Index Print          Right Index Print

MARC MERCIER
BORDER PATROL AGENT

| Alien has been advised of communication privileges | (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution:  Orig:  To File  CC: TCA/CPA | Received: (Subject and Documents)  (Report of Interview)  Officer:  MARC MERCIER  on:  May 14, 2012 at 1206                    (time)  Disposition:   Voluntary Return  Examining Officer: |
|---|---|

Form I-213 (Rev 08/01/07) Y

EVENT#: `C A B 1 2 9 3 4 5 8` 1 OF 2  Disposition

| DEPARTMENT OF HOMELAND SECURITY | Customs and Border Protection | AJ / UJ |
|---|---|---|
| USBP Field Processing Form | ALL FIELDS MUST BE COMPLETELY AND LEGIBLY FILLED OUT. | |

Please mark appropriate STATION    AJO    (CAS)    DGL    NCO    NGL    SON    TUS    WCX

| CANINE # | | FUNDS IN POSSESSION | | Alien | Field BPA |
|---|---|---|---|---|---|
| APPREHENDING AGENTS STAR # | | | | | |
| `0 7 0 7  C 7 0 2  C 7 7 4` | | U.S. | $ 0 | NGP Iniciales | Star Number |
| GPS Arrest Coordinates | N: 31.79964 W: 111.89089 | Mex. | $ 690 | NGP Iniciales | Star Number |

Name: Gonzalez-Pablo, Nolberto    Sex: (M) F  DOB: 1 / 13 / 92  Age: 20

Father's Name: Coisofero  Mother's Name: Lucrisa  POB: Chiapas, Chiapas  ,Mex

Address: ___    Field Processing Agent Star #: C 7 7 4

Juvenile Accompanied by: ___    Relation: ___    CIRCLE IF:

OPERATION: United Front ___    NATIONAL GUARD YES/NO

AMO Assist (yes) no    Other Assist/Comments: Levedy Star AB3 AU    OTM

| App. Info: | (PB) | TCIP | OA | (AB) | W/72 | E3 / IDENT | IAFIS | National Guard Assist. |
|---|---|---|---|---|---|---|---|---|
| | GRID | DATE | TIME | Processing Agent 646 | Processing Agent 646 | | | check pt. circumvent |
| Entry | 8 | < 1/3 /2012 | 1266 | FINS# 113048946 | Cleared  Hit ✓ | | | |
| Arrest | 119 | 5 1/3/2012 | 2330 | ALERT / A# 205266358 | FBI# 377384PD6  Recidivism # | | | |

Apprehension Location: Tapaus Wash    Nearest City: Tapaus Ac

### NOTIFICACION DE DERECHOS

Usted ha sido detenido porque el Servicio de Inmigracion opina que se encuentra en los Estados Unidos ilegalmente. Tiene derecho a una audiencia ante el Tribunal de Inmigracion, con el fin de decidir si puede permanecer en los Estados Unidos. En el caso de que Usted solicite esa audiencia, pudiera quedar detenido o tener derecho a la libertad bajo fianza hasta la fecha de la audiencia. Tiene la opcion de solicitar el regreso a su pais a la brevedad posible, sin que se celebre la audiencia.

Usted tiene derecho a comunicarse con un abogado u otro representante legal para que lo represente en la audiencia, o para responder a cualquier pregunta acerca de sus derechos conforme a la ley en los Estados Unidos. Si Usted se lo pide, el funcionario que le haya entregado esta Notificacion le dara una lista de las asociaciones juridicas que podrian representarlo gratuitamente o a poco costo. Tiene derecho a comunicarse con el servicio consular o diplomatico de su pais. Puede usar el telefono para llamar a un abogado, o a otro representante legal, o a un funcionario consular en cualquier momento anterior a su salida de los Estados Unidos.

### SOLICITUD DE RESOLUCION

_____ Solicito una audiencia ante el Tribunal de Inmigracion que resuelva si puedo o no permanecer en los
Iniciales  Estados Unidos.

_____ Considero que estaria en peligro si regreso a mi pais. Mi caso se trasladara al Tribunal de
Iniciales  Inmigracion para la celebracion de una audiencia.

X NGP  Admito que estoy ilegalmente en los Estados Unidos, y no considera que estaria en peligro si regreso a mi pais.
Iniciales  Renuncio a mi derecho a una audiencia ante el Tribunal de Inmigracion. Deseo regresar a mi pais en cuanto
se pueda disponer mi salida. Entiendo que pudiera permanecer detenido hasta mi salida.

NGP
_____    Same As Below
Firma    Fecha

### CERTIFICATION OF SERVICE

_____ Notice read by subject

X _____ Notice read to subject by _____ Agent _____ in the _____ SPANISH _____ language.

< DURHAM Joh
Name of Service Officer (Print)

_____    None
Signature of Officer    Name of Interpreter

5 / 14 / 2012  12:33 AM/PM
Date and Time of Service

IAFIS TID# ___
BOOKING # ___    Form I-213 / 826  Revised(3/08/2012)    SUP or FOS Star #

**U.S. Department of Homeland Security**     Subject ID:343133425

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle |
|---|---|---|
| GONZALEZ-PABLO, NOLBERTO | | |

| Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|
| M | BRO | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number |
|---|---|---|
| MEXICO | | CASE No:CAG1205000458<br>A205 266 358 |

| Height | Weight | Occupation |
|---|---|---|
| 68 | 150 | LABORER |

**U.S. Address**
FAILED TO PROVIDE

Scars and Marks
NONE INDICATED

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| 05/13/2012, 1200, 44 mile(s) E of LUK, AFOOT | |

| F.B.I. Number | |
|---|---|
| 377384PD6 | ☒ Single<br>☐ Divorced ☐ Married<br>☐ Widower ☐ Separated |

Number, Street, City, Province (State) and Country of Permanent Residence
DOMICILIO CONOCIDO  CHIAPAS, CHIAPAS, MEXICO

Method of Location/Apprehension
PB

| Date of Birth | | Date of Action | Location Code |
|---|---|---|---|
| 01/13/1992       Age:20 | | 05/16/2012 | TCA/CAG |

| At/Near | Date/Hour |
|---|---|
| COWLIC, AZ | 05/13/2012 2330 |

| City, Province (State) and Country of Birth | AR ☒  Form : (Type and No.) Lifted ☐ Not Lifted ☐ |
|---|---|
| CHIAPAS, CHIAPAS, MEXICO | |

By
HECTOR SALAZAR

| NIV Issuing Post and NIV Number | Social Security Account Name |
|---|---|
| | |

| Status at Entry | Status When Found |
|---|---|
| PWA Mexico | TRAVEL/<br>SEEKING |

| Date Visa Issued | Social Security Number |
|---|---|
| | |

Length of Time Illegally in U.S.
AT ENTRY

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None Known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| See Narrative | See Narrative |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | See Narrative | 17A1 |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)
FINS #:1132489461



Left Index Print

Right Index Print

ARREST COORDINATES:
--------------------
Latitude:  31.79953
Longitude: -111.893

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: SOTA

| Alien has been advised of communication privileges | 5/16/12  l7  (Date/Initials) | CHRISTOPHER FLEURY<br>BORDER PATROL AGENT<br>(Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution:<br><br>Orig. to the file<br>cc: CPA TCA<br>CC: TUS Stats | Received: (Subject and Documents) (Report of Interview)<br>Officer: CHRISTOPHER FLEURY<br>on: May 16, 2012 at 0243                (time)<br>Disposition: Expedited Removal (I-860)<br>Examining Officer: ROGELIO VELASCO |
|---|---|

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security                    Continuation Page for Form _____ I213

| Alien's Name<br>GONZALEZ-PABLO, NOLBERTO | File Number<br>A205 266 358<br>Event No:CAG1205000458 | Date<br>05/16/2012 |
|---|---|---|

Program:        STRMLINE
                SERA


FATHER NAME AND ADDRESS:
-------------------------
Nationality:MEXICO COISOFERO
SIN CALLE
CHIAPAS, CHIAPAS, MEXICO

MOTHER NAME AND ADDRESS:
-------------------------
Nationality:MEXICO LUCRISA
SIN CALLE
CHIAPAS, CHIAPAS, MEXICO

ASSISTING ASSETS:
------------------
Air Ops
ATVs

FUNDS IN POSSESSION:
---------------------
Mexican Peso 690.00
United States Dollar .00      NGP

RECORDS CHECKED:
-----------------
IAFIS Positive

NARRATIVE:
----------
IMMIGRATION HISTORY:
See the I-326 prosecution report.

CRIMINAL HISTORY:
See the I-326 prosecution report.

ENCOUNTER:
A Border Patrol Agent encountered this subject in the District of Arizona.  A Border
Patrol Agent determined this subject had unlawfully entered the United States of America
from the United States of Mexico, at a time and place other than as designated by the
Secretary of Homeland Security of the United States of America.

After determining that this subject was an alien whom illegally entered the United States,

| Signature<br>CHRISTOPHER FLEURY | Title<br>BORDER PATROL AGENT |
|---|---|

_2_ of _3_ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                          Continuation Page for Form _____ I213

| Alien's Name<br>GONZALEZ-PABLO, NOLBERTO | File Number<br>A205 266 358<br>Event No:CAG1205000458 | Date<br>05/16/2012 |
|---|---|---|

the subject was arrested and transported to the Tucson Sector Coordination Center for
further processing using the e3/IDENT and IAFIS systems.

CRIMINAL VIOLATION:
Subsequent to the subject's arrest they were asked basic questions related to their status
in the United States. The subject stated they were a citizen and national of Mexico
without the necessary legal documents to enter, pass through, or remain in the United
States. The subject also admitted to illegally crossing the international boundary without
being inspected by an immigration officer at a designated Port of Entry. At the Tucson
Coordination Center, the subject was identified as being amenable to criminal prosecution
for violation of 8 USC 1325 and or 8 USC 1326. The subject was informed to disregard any
previous administrative rights that they were administered. The subject was advised of
their Miranda rights and it was explained that these rights pertained to criminal
prosecution. The subject acknowledged understanding these rights and the differences
between administrative and criminal rights. The subject agreed to answer questions and
give a statement.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from their
country as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The
subject acknowledged understanding the right but declined to speak with anyone at this
time. The subject further stated they do not fear persecution or torture if returned to
their country of citizenship.

DISPOSITION:
The subject is being processed for an Expedited Removal with prosecution as Section 235(b)
(1)(A)(iii) of the INA. Service Form I-867 A/B was read and explained to the subject.
The subject acknowledged understanding and was willing to answer questions. The subject
was apprehended within fourteen days of last illegally entering the United States and
within 100 air miles from the United States / Mexico international boundary.

Subject was a candidate and participant in the STRUCTURED EXPEDITED REMOVAL ADVISEMENT
program as part of the OPERATION ALLIANCE TO COMBAT TRANS-NATIONAL THREATS 05/16/2012.

| Signature<br>CHRISTOPHER FLEURY | Title<br>BORDER PATROL AGENT |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

Form I-214
(Rev. 9-1-82) Y (Spanish)

# United States Department of Homeland Security
## Customs and Border Protection
### AVISO DE DERECHOS

File No.   A#

Antes de que le hagamos cualquier pregunta, usted debe de compreder sus derechos:

Usted tiene el derecho de guardar silencio.

Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de inmigración.

Usted tiene el derecho de hablar con un abogado para que el lo aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.

Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagmos alguna pregunta, si usted lo desea.

Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendrá usted el derecho de dejar de contestar cuando guste.  Usted también tiene el derecho de dejar de contestar cuando guste, haste que pueda hablar con un abogado.

He leído (o me han leído) esta declaración sobre mis derechos, y comprendo cuales son.

X _Nee Gu_ (Firma) ___ 5/16/2012 (Fecha y Hora) ___ 0250 ___ TUCSON, ARIZONA (Lugar)

(Firma del funcionario de inmigracion) ___ (Firma el Testigo)

### RENUNCIA

Estoy dispuesto a prestar declaraciones y a contestar preguntas. Por el momento no deseo tener un abodago. Comprendo y estoy consciente de lo que estoy haciendo. No he sido objeto de promesa, amenazas, presion o coerción de ninguna clase.

X _N Gu_ (Firma) ___ 5/16/2012 (Fecha y hora) ___ 0250 ___ TUCSON, ARIZONA (Lugar)

### CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

Immigration Officer  Signature

Witness Signature

Interpreter's Signature ___ Language

Interpreter's Address

### INTERVIEW LOG

1. Person interviewed ___ 2. Officer(s)
3. Place (exact address and identity of room) 4. Date
5. Exact Time place of encounter or arrest
6. If transported from place of encounter to interrogation point, show exact time involved.
   Note whether interrogation continued during transporting
7. Officers making arrest and/or transporting subject
8. Time interview began ___ 9. Time subject advised of right to remain silent and fact any any statement could be used against him in court and name of officer furnishing advise
   ___ 10. Time subject advised of right to presence of counsel.
   retained or appointed and name of officer furnishing advise.
11. Time questioning concluded ___ 12. Time written statement commenced
13. Person preparing statement ___ 14. Time written statement completed
15. Time statement reviewed by person interviewed ___ 16. Time statement signed
17. Record of requests and complaints of subject and actions taken thereon

*(If additional space required, continue on an attachment)*

```
CIMIDN                    DEPARTMENT OF HOMELAND SECURITY - USCIS              05/30/25
COMMAND:                  CENTRAL INDEX SYSTEM  -  ID # SEARCH/DISPLAY         14:47:14

   * ID # (A/AA/AB/C/DA/EE): A205266358                    A#: 205266358   DOB: 01131992
   (DL/FB/FI/FP/I/PP/SS/TD)


          LAST: GONZALEZ PABLO
          FIRST: NOLBERTO                               NATZ DATE:
          MIDDLE:                                           COURT:
          ALIASES:                                       LOCATION:


       POE: DOU       COB: MEXIC    DOE: 04192012
       SEX: M         COC:          DFO: 04192012        FATHER:
       COA: EXC   ( EXCLUSIONS )                         MOTHER:


            SSN:               CONSOLIDATED/ASSOCIATED A#      --OTHER INFORMATION--
        I-94 ADM #:                                           EARM-X VIOL-X
        PASSPORT #:
           FBI #: 377384PD6
        DRIVER LIC:
        FINGER CD#:
         IDENT FIN: 1132489461
     TRAVEL DOCUMENT:


        OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS ENTER. CLEAR  EXIT   PF1 NEXT CONS/ASSOC A#
PF2 PRIOR CONS/ASSOC A#   PF3 REFRESH   PF4 RETURN   PF5   HELP     PF6 MAIN MENU   PF8 HISTORY  PF9 EAD
```

ENTER '?' FOR CIS HOTKEY MENU

```
CIMDDA                      DEPARTMENT OF HOMELAND SECURITY - USCIS                    05/30/25
COMMAND:                CENTRAL INDEX SYSTEM  -  CI/EARM SUBSYSTEM DISPLAY             14:47:19
```

```
  * A#: 205266358           NAME: GONZALEZ PABLO , NOLBERTO              DOB: 01131992

          LAST NAME: GONZALEZ PABLO
          FIRST NAME: NOLBERTO
          MIDDLE NAME:

      AKA LAST NAME(S)                          AKA FIRST NAME(S)




      SSN:            SEX: M         POE: DOU        DOE: 04192012

  =================================================================================
  MOST RECENT UPDATE TO CIS FROM EARM:

  CASE CATEGORY: 8F          AGGRAVATED FELON: CR
  FINAL CHARGE: I7A1      DEPARTURE COUNTRY: MEXIC       DEPART/CLEARED STATUS: 8
  PORT OF DEP: DLR       DATE OF DEPARTURE: 05202012     DOCKET CONTROL OFFICE: EPC

  =================================================================================
          OVER-KEY A-NUMBER TO DISPLAY NEW PERSON -- PRESS ENTER.


      CLEAR EXIT  PF4 DISPLAY MENU  PF5 HELP  PF6 CIS MAIN MENU  PF8 DISPLAY HIST
```

ENTER '?' FOR CIS HOTKEY MENU



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/30/2025 14:50 EDT                     Generated By: KLARA HUSS                     Page 2 of 3

```
CR.WVFBINF00
11:50 05/30/2025 23613
11:50 05/30/2025 84933 PAICE01T0
*NN57929729
TXT
HDR/2L01NN57929729
ATN/HUSS, KLARA E
********************** CRIMINAL HISTORY RECORD **********************

*************************** Introduction ***************************

This rap sheet was produced in response to the following request:

FBI Number            377384PD6
Request Id            NN57929729
Purpose Code          C
Attention             HUSS, KLARA E

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
377384PD6 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US; 2025-05-30)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2025-05-30)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2025-05-30)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - -(US; 2025-05-30)

*************************** IDENTIFICATION ***************************

Subject Name(s)

GONZALEZ-PABLO, NOLBERTO
UNKNOWN, X  (AKA)

Subject Description

FBI Number
377384PD6

Miscellaneous Numbers
205266358                              AR

Sex                   Race
Male                  White

Height                Weight               Date of Birth
5'05"                 145                  1992-01-13
                                           1920-01-01
                                           1996-10-22

Hair Color            Eye Color            Fingerprint Pattern
Black                 Brown                RSAUAURSRSWUAUAULSAU (Other)

Place of Birth        Citizenship
Mexico                Mexico
                      Unknown

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2012-04-21
(No Fingerprint Image Transmitted
Comment:BSI: 2000168421751)
Fingerprint Image Available    FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Capture Date                   2012-05-13
(No Fingerprint Image Transmitted
Comment:BSI: 2000168421051)

Photo Images
```

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                     2012-04-21
(No Photo Image Transmitted
Comment:BSI: 40005429010)
Photo Image Available          FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image                Other
Capture Date                     2012-05-13
(No Photo Image Transmitted
Comment:BSI: 40005429011)


************************* CRIMINAL HISTORY *************************

=====================--------- Cycle 001 ----=========================
Earliest Event Date   2012-04-21
--------------------------------------------------------------------
Arrest Date           2012-04-21
Arrest Case Number    205266358
Arresting Agency      AZCBP2300 CBP-OBP STATION DOUGLAS
Charge                1
        Charge Literal ALIEN INADMISSIBILITY UNDER SECTION 212
             Severity  Unknown
--------------------------------------------------------------------
Court Disposition     (Cycle 001)
Court Case Number
Court Agency
Charge                1
        Charge Literal ALIEN INADMISSIBILITY UNDER SECTION 212
           Disposition ( EXPEDITED REMOVAL (I-860))
=====================--------- Cycle 002 ----=========================
Earliest Event Date   2012-05-13
--------------------------------------------------------------------
Arrest Date           2012-05-13
Arrest Case Number    205266358
Arresting Agency      AZCBP1600 CBP-OBP SECTOR HQS TUCSON
Charge                1
        Charge Literal ALIEN INADMISSIBILITY UNDER SECTION 212
             Severity  Unknown
Charge                2
        Charge Literal ENTRY OF ALIEN AT IMPROPER TIME OR PLACE MISREP
             Severity  Unknown
Charge                3
        Charge Literal ENTRY OF ALIEN AT IMPROPER TIME OR PLACE MISREP
             Severity  Unknown
--------------------------------------------------------------------
Court Disposition     (Cycle 002)
Court Case Number
Court Agency
Charge                1
        Charge Literal 8 USC 1325 ILLEGAL ENTRY M
           Disposition ( CONVICTED SENTENCED 2 DAYS IMPRISONMENT 0
                         SUPERVISED RELEASE 05-16-12)
************************* INDEX OF AGENCIES *************************
Agency                CBP-OBP STATION; AZCBP2300;
Agency Telephone      520 805-8153
Agency Email Address
Address
                      1608 S KINGS HWY
                      DOUGLAS, AZ 85604
--------------------------------------------------------------------
Agency                CBP-OBP SECTOR HQS; AZCBP1600;
Agency Telephone      520 748-3141
Agency Email Address
Address
                      2430 S SWAN RD
                      TUCSON, AZ 85711

    * * * END OF RECORD * * *
```

**For Official Use Only / Law Enforcement Sensitive**