# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 6/9/2025 | Case Number: | 2:25-cv-00368 |
| Case Style: | Gonzalez-Pablo vs. Mason | | |
| Type of hearing: | Motion Hearing | | |
| Before the Honorable: | 2513-Goodwin | | |
| Court Reporter: | Amanda Pickens | Courtroom Deputy: | Zach Spurrier |

Attorney(s) for the Plaintiff or Government:

William Wilson

Attorney(s) for the Defendant(s):

Fred Westfall, Caleb David

| | |
|---|---|
| Law Clerk: | Zach Spurrier |
| Probation Officer: | |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:00 PM | 2:13 PM | Non-Trial Time/Uncontested Time |
| 2:40 PM | 3:06 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 39 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 2:00 p.m.
Actual Start: 2:00 p.m.

Re: Petitioner's Emergency Petition, [ECF No. 1], Petitioner's Emergency Motion, [ECF No. 3], and Respondent's Motion to Dismiss.
Court addresses counsel and their arguments.

Court recessed at 2:13 p.m.
Court resumed at 2:40 p.m.
Court addresses counsel and their arguments.
Court will have an order out by tomorrow morning.

Court recessed at 3:06 p.m.