IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

NOLBERTO GONZALEZ-PABLO,

    Petitioner,

v.    CIVIL ACTION NO. 2:25-cv-00368

CHRISTOPHER MASON, et al.,

    Respondents.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order, the court **DISMISSES** this action **without prejudice** and **ORDERS** that this case be stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record; any unrepresented party; the Office of the United States Attorney for the Southern District of West Virginia; the United States Marshall Service for the Southern District of West Virginia; the Moshannon Valley Processing Center at 555 GEO Dr., Philipsburg, PA 16866; the Attorney General of the United States at 950 Pennsylvania Ave. NW, Washington, DC 20530; and the Office of the Principal Legal Advisor of the U.S. Immigration and Customs Enforcement at OPLA-Philadelphia-DutyAttorney@ice.dhs.gov.

ENTER: June 10, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE